# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THOMAS KORULA, | ) | Civil Action No. 20-3788 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| JOHN DOES 1-13, | ) | |
| | ) | |
| Defendants. | ) | |

## THIRD STATUS UPDATE

Pursuant to the Court's October 15, 2021 Order, Plaintiff provides the following status update in this matter:

1. Plaintiff is currently drafting and amending new subpoenas and supporting documentation based on new activity in the case, including a Motion and Memorandum for Pre-Service Discovery and Proposed Order in preparation to file with this Court.

2. Additionally, Plaintiff anticipates filing a Motion for Leave to File a Third Amended Complaint based on new activity in the case.

3. Plaintiff estimates it will take approximately one month to finalize the foregoing materials to submit to this Court.

Dated: October 22, 2021

Respectfully Submitted,

PLAINTIFF THOMAS KORULA

By: _____
Douglas Barnes

Barnes Legal, P.C.
11 Broadway, Suite #615
New York, NY 10004
Telephone: (212) 951-1866
Fax: (212) 951-1866
Email: dbarnes@barneslegal.net