**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THOMAS KORULA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | Civil Action No. 20-3788 |
| | ) | |
| JOHN DOES 1-15, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF THOMAS KORULA'S**
**MOTION FOR PRE-SERVICE DISCOVERY**

On January 17, 2022, Plaintiff Thomas Korula filed his Motion for Pre-Service

Discovery, Dkt. No. 27. Plaintiff now files this Notice to inform the Court that he is withdrawing

his previously filed Motion for Pre-Service Discovery.


Dated: January 21, 2022                         Respectfully submitted,



                                                /s/ Douglas Barnes
                                                    Douglas Barnes
                                                    Barnes Legal, P.C.
                                                    11 Broadway, Suite #615
                                                    New York, NY 10004
                                                    Telephone: (212) 951-1866
                                                    Fax: (212) 951-1866
                                                    Email: dbarnes@barneslegal.net